LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Email: rpayne@lgpatlaw.com
Scott J. Allen, Esq. (Bar No. 178925)
Email: sallen@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff,
MIS SCIENCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIS SCIENCES CORPORATION,<br><br>          Plaintiff,<br>vs.<br><br>RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, RPOST INTERNATIONAL LIMITED and RMAIL LIMITED,<br>          Defendants. | Case No.  4:14-cv-00376-CW<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF RPOST INTERNATIONAL LIMITED** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff MIS SCIENCES CORPORATION hereby files a Notice of Dismissal, dismissing all claims in this action without prejudice as to Defendant RPost International Limited.

Plaintiff MIS Sciences Corporation and Defendant RPost International shall each bear their attorneys' fees and costs.

//

//

//

Respectfully submitted,

Dated: April 8, 2014

LaRIVIERE, GRUBMAN & PAYNE, LLP

By: /s/ Robert W. Payne
    Robert W. Payne
    Scott J. Allen

Attorneys for Plaintiff,
MIS SCIENCES CORPORATION

Case No. 4:14-cv-00376-CW
NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF RPOST INTERNATIONAL LIMITED

2

## CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On April 8, 2014, I served the following document:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF RPOST INTERNATIONAL LIMITED**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Defendants' Attorney:

Lewis E. Hudnell, III
Hudnell Law Group P.C.
244 Fifth Avenue Suite 240H
New York, New York 10001

_X__ **U.S. MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____ **EMAIL**: I caused such document(s) to be delivered by email to the addressee(s) designated:

____ **BY FACSIMILE**: By use of facsimile machine telephone number (***) ***-****, I served a copy of the within document on the below parties at the facsimile number listed. The transmission was reported as complete and without error.

_X__ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 8, 2014 at Monterey, California.

_____
Tabatha Morgan
Paralegal

Case No. 4:14-cv-00376-CW
NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF RPOST INTERNATIONAL LIMITED

3