**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREND MICRO INCORPORATED,<br><br>        Plaintiff,<br><br>    v.<br><br>RPOST HOLDINGS, INC., et al.,<br><br>        Defendants.<br>_____/ | No. C 13-5227 VC<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |
| SYMANTEC CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>RPOST HOLDINGS, INC., et al.,<br><br>        Defendants.<br>_____/ | No. C 14-0238 RS |
| MIS SCIENCES CORP,<br><br>        Plaintiff,<br><br>    v.<br><br>RPOST COMMUNICATIONS LIMITED, et al.,<br><br>        Defendants.<br>_____/ | No. C 14-0376 CW |

   Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above referenced case to Judge Vince Chhabria to consider whether they are related.  The parties may respond to

this referral in a brief submitted in accordance with the requirements set forth in Civil Local Rule 7-11(b).

Dated: 6/4/2014

CLAUDIA WILKEN
United States District Judge