UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIS SCIENCES CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>RPOST COMMUNICATIONS LIMITED, et al.,<br><br>    Defendants. | Case No.  14-cv-00376-VC<br><br>**ORDER OF STAY** |

For the reasons explained in the order of stay issued in *Trend Micro Inc. v. RPost Holdings, Inc.*, No. 13cv5227, Docket No. 79, with the exception of the upcoming settlement conference, this case is stayed pending resolution of state litigation related to the patents at issue. The parties are directed to submit a joint case management statement within ten days of entry of judgment in the Barton '259 case, apprising the Court of the outcome of that case and proposing a method of proceeding with this lawsuit.

**IT IS SO ORDERED.**

Dated: July 24, 2014

_____
VINCE CHHABRIA
United States District Judge